Dismissed and Memorandum Opinion filed May 14, 2009








Dismissed
and Memorandum Opinion filed May 14, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00077-CV

____________

 

LINDA NICOLA and BETTY FRICKS,
Appellants

 

V.

 

ROBERT MOUSNER and RICHARD MOUSNER, Appellees

 



 

On Appeal from the
85th District Court

Brazos County,
Texas

Trial Court Cause
No. 08-000548-CV-85

 



 

M E M O R
A N D U M   O P I N I O N








This is
an appeal from a judgment signed November 24, 2008.  The clerk=s record was filed on February 6,
2009.  Appellant failed to make financial arrangements for the filing of the
reporter=s record.  On February 25, 2009, the
court notified appellant that we would consider and decide those issues that do
not require a reporter=s record unless appellant provided this court with proof of
payment for the record by March 12, 2009.  No response to this notice was
received.  Thus, on March 19, 2009, this Court ordered appellant to file a
brief on or before April 20, 2009, or the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).  No brief was filed.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and
Boyce.